UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:15-cv-00173-SVW-AJW | Date | April 25, 2016 |
|---|---|---|---|
| Title | Dairy Employees Union Local No 17 Christian Labor Association of the United States of America Pension Trust et al v. Sid Sybrandy Dairy et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

    The Court, having received the Mediation Report, filed April 22, 2016, vacates trial currently set for July 5, 2016.

    The Court moves the matter to the inactive calendar pending finalization of settlement.  The parties shall proceed with the settlement as negotiated in mediation.  Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

:

Initials of Preparer     PMC